1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DEBORAH M. STEPHEN, et al., | CASE NO. C20-1592JLR |
|---|---|
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ETHICON INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby transferred to the Honorable Benjamin H. Settle. All future pleadings shall bear the cause number C20-1592BHS.

//

//

//

//

MINUTE ORDER - 1

1  Filed and entered this 20th day of November, 2020.

2

3

                        WILLIAM M. MCCOOL  
4                         Clerk of Court

5                         <u>s/ Ashleigh Drecktrah</u>  
                         Deputy Clerk
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2